

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MYSTIC PIZZA, LLC; JOHN ZELEPOS; and CHRISTOS ZELEPOS, | : | No. 2:19-cv-00870 |
| Plaintiffs | : | Civil Action |
| v. | : | Jury Trial Demanded |
| MYSTIC PIZZA COMPANY; and ANTONIO MARQUES and HELDER MARQUES, individually, and d/b/a "Mystic Pizza," "Mystic Pizzeria," and "MysticPizzeria.com," | : | FILED<br>JAN 17 2020<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk |
| Defendants | : | |

**ORDER**

**AND NOW**, this 17 day of January, 2020, following a settlement conference between the parties in which Defendants agreed to the entry of a permanent injunction against them, and upon the Motion to Enforce the Settlement filed by Plaintiffs, IT IS HEREBY ORDERED THAT

1. A permanent injunction is entered against Defendants Mystic Pizza Company, Antonio Marques, and Helder Marques, prohibiting them from using "Mystic Pizza," "Mystic Pizzeria," "MysticPizzeria.com," or any other combination of the words "Mystic" and "Pizza"/"Pizzeria," for marketing, identification, corporate, trademark, or promotional purposes in connection with their restaurant business(es);

2. Defendants Mystic Pizza Company, Antonio Marques, and Helder Marques shall transfer the MysticPizzeria.com domain name by February 1, 2020, and shall otherwise comply with Paragraph 1 by February 28, 2020;

ENT'D JAN 17 2020

3. Defendants Mystic Pizza Company, Antonio Marques, and Helder Marques shall not at any time in the future apply for federal trademark registration for any name that includes "Mystic" for any pizzeria/restaurant business or any products or services related thereto; and

4. Defendants Mystic Pizza Company, Antonio Marques, and Helder Marques are permanently enjoined from any geographic expansion of "Mystic Restaurant."

**IT IS FURTHER ORDERED THAT** Defendants Mystic Pizza Company, Antonio Marques, and Helder Marques shall execute a settlement agreement incorporating the terms of this order.

AND IT IS SO ORDERED,

_____
EDUARDO C. ROBRENO, J.